# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                        **CASE NO. 3:21-MJ-00065-RSE**

**JOHN SUBLESKI**                                        **DEFENDANT**

## APPEARANCE OF COUNSEL

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, John Subleski.

Respectfully Submitted,

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com