UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JOHN SUBLESKI**

INDICTMENT

NO. 3:21CR22-BJB

18 U.S.C. § 924(d)
18 U.S.C. § 2101
28 U.S.C. § 2461(c)

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The Grand Jury Charges:

## COUNT 1
*(Riot Act)*

1. On or about December 29, 2020 to January 7, 2021, in the Western District of Kentucky, Jefferson County, **JOHN SUBLESKI**, the defendant, used a facility of interstate commerce, namely, the internet, Signal, and Facebook, with intent (1) to incite a riot; (2) to organize, promote, encourage, participate in, and carry on a riot; (3) to commit an act of violence in furtherance of a riot; and (4) to aid and abet any person in inciting and participating in and carrying on a riot and committing any act of violence in furtherance of a riot, and during the course of such use, and thereafter, performed and attempted to perform any other overt act, including, but not limited to, travelling to the intersection of Main Street and 2nd Street Bridge to Indiana, and shooting a rifle at an automobile, for any purpose specified in (1), (2), (3), and (4) of this paragraph, to wit:

2. **JOHN SUBLESKI** is a member and leader of the United Pharaoh Guard "UPG",

a/k/a "Loujahadeen", a Boogaloo Bois based anti-government anti-police ideology in Louisville, Kentucky.

3. On December 29, 2020, **JOHN SUBLESKI** posted, "Just thinking of how they've treated us, protectors of the people, as evil...Makes me wanna show them how evil we can be. I no longer care for nor do I want a peaceful resolution or revolution...I want [drop of blood emoji.]"

4. On December 30, 2020, **JOHN SUBLESKI** wrote, "How much more f-----d up s----t gotta happen before the rest of you arm yourselves and armor up and join the resistance?".

5. On January 5, 2021, **JOHN SUBLESKI** posted to his Facebook account: "The only thing that has ever beaten tyranny was a sword or a rifles….DASSSSS IT. NOTHING ELSE! GETCHO RIFLE AND LET IT BANG AGAINST THE GOVERNMENT."

6. On or about January 6, 2021, riots were occurring in the United States Capitol in Washington, D.C.

7. **JOHN SUBLESKI**, posted in response to events occurring in the nation's capital, to a Facebook Account posts inciting, promoting, and encouraging a riot in Louisville, Kentucky.

8. At 12:02 p.m. on January 6, 2021, **JOHN SUBLESKI** posted to his Facebook account "Those of you afraid to [B]OOG because "What if we die?" Well what if we f------g live? get out there, do something!"

9. At 2:06 p.m. on January 6, 2021, **JOHN SUBLESKI** posted to his Facebook account "They storming the capital in DC and ya'll can't unit enough to storm the gov buildings here….smh I HATE IT.

10. At 3:24 p.m. on January 6, 2021, **JOHN SUBLESKI** posted to his Facebook "OTTA YOUR HOMES AND INTO THE STREETS F---K THE GOVERNMENT AND THE POLICE!!!!!!!! LETS GET THIS LUAU STARTED".

11. At 3:38 p.m. on January 6, 2021, **JOHN SUBLESKI** posted to his Facebook "Time to Storm LMPD".

12. On January 6, 2021, in a Signal chat with other members of the UPG, **JOHN SUBLESKI** posted "Holy s--t woman shot in capital. Ya'll lets storm LMPD".

13. On January 6, 2021, in a Signal chat with other members of UPG, **JOHN SUBLESKI** posted "Everyone be armed and armored because s--t can go south quick and if it kicks off in one state then like dominos WE ALL BALL".

14. At around 7:00 p.m. on January, 6, 2021, rioters including UPG members surrounded a motorist at 2nd and W. Broadway attempting to drive around vehicles and individuals blocking the intersection. As a car drove on the sidewalk individuals approached the car to prevent it from turning on Broadway. A member of UPG pointed weapons at a driver in a car and damaged his vehicle with a metal trash can when the driver attempted to leave.

15. Thereafter, more than 20 persons, including **JOHN SUBLESKI**, assembled at 2nd and Main Street closing traffic on main street and to and from Indiana on the 2nd Street Bridge and began rioting by engaging in acts of violence that constituted a clear and present danger and resulted in damage to the property. The assemblage pointed weapons and threatened motorists and damaged vehicles.

16. **JOHN SUBLESKI** participated in the rioting by inciting protestors, providing armed security, and ultimately firing his weapon, committing an act of violence in furtherance of

a riot, endangering protestors in the line of fire after a motorist drove past the blocked intersection at 2nd and Main Street.

17. On January 7, 2021, **JOHN SUBLESKI** posted to this Facebook, "ALL I WANN DO IS GO OUT [BOOGN][1] WITH THE SHOOTERS [WINK EMOJI] UPG/LOUIJIHADEEN".

In violation of Title 18, United States Code, Sections 2101.

## NOTICE OF FORFEITURE

16. As a result of committing the offense alleged in Count 1 of this Indictment, **JOHN SUBLESKI**, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

_Michael A. B_
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JDJ

---

[1] The O's in BOOGN are blood emojis in the post.

4

UNITED STATES OF AMERICA v. **JOHN SUBLESKI**

## PENALTIES

Count 1: NM 5 yrs./$10,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

5

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.