UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                               CASE NO. 3:21-CR-00022-BJB

JOHN SUBLESKI                                                 DEFENDANT

**RESPONSE TO COURT'S PRETRIAL ORDER**

*** *** *** *** *** *** ***

Comes the Defendant, **JOHN SUBLESKI** (hereinafter "Subleski"), by counsel, in response to the Court's Pretrial Order following his arraignment, and respectfully files motions for discovery and additional discovery or inspection. According to the Court's Order:

    (2)     **Pretrial Discovery and Inspection**

        (a)     **No later than March 17, 2021**, the Assistant United States Attorney and defense counsel shall confer and, upon request, permit inspection and copying or photographing of all material subject to disclosure under Federal Rule of Criminal Procedure 16.

. . .

        (c)     **Any motion for additional discovery or inspection** shall be made no later than 2 weeks following this order, after compliance by the parties with Federal Rule of Criminal Procedure 16. Any such motion shall contain a description by counsel of the informal, extrajudicial efforts taken to resolve the discovery dispute, and a certification that those efforts failed.

On March 25, 2021, Subleski's undersigned counsel spoke with the Assistant United States Attorney regarding Rule 16 discovery. The Assistant United States Attorney explained that he was

still working on getting the discovery together, and would thereafter provide it to Subleski.

In light of the Court's Order, Subleski submits this notice, and requests the Court to rule upon his motion for pretrial discovery and inspection, including "additional" discovery or inspection.

                Respectfully Submitted,

                /s/ Patrick J. Renn
                Counsel for Defendant
                600 West Main Street, Suite 100
                Louisville, Kentucky 40202
                (502) 540-5700
                (502) 568-3600 (fax)
                prenn@600westmain.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

                /s/ Patrick J. Renn
                Counsel for Defendant
                600 West Main Street, Suite 100
                Louisville, Kentucky 40202
                (502) 540-5700
                (502) 568-3600 (fax)
                prenn@600westmain.com