# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                               **CRIMINAL ACTION NUMBER: 3:21-CR-22-BJB**

**JOHN SUBLESKI**                                                          **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, on August 27, 2021 to conduct an initial appearance on a petition for violation of supervised release.

APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant John Subleski – Present |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the allegations contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him to be eligible for appointed counsel. Patrick J. Renn from the Criminal Justice Act attorney panel was present in the courtroom and accepted the appointment.

Through counsel, the defendant stipulated to the allegations contained in the petition.

**IT IS HEREBY ORDERED** that this matter is scheduled for a final revocation hearing on **September 10, 2021 at 10:30 a.m.** before the Honorable Benjamin Beaton, United States District Judge.

At the recommendation of Probation and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of his current bond. The defendant is reminded that he is prohibited from accessing the internet pending the final revocation hearing.

This 31st day of August, 2021        **ENTERED BY ORDER OF THE COURT:**
                                                   **REGINA S. EDWARDS**
                                                   **UNITED STATES MAGISTRATE JUDGE**
                                                   **JAMES J. VILT, JR., CLERK**
                                                   **BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
          U.S. Probation
          Counsel for Defendant