UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                          No. 3:21-cr-22-BJB

JOHN SUBLESKI

\* \* \* \* \*

## ORDER REVOKING SUPERVISED RELEASE

The Court held a final revocation hearing on September 10, 2021. The official reporter was Becky Boyd. The following counsel participated in the hearing:

    For the United States: Joshua D. Judd
    For the Defendant:    Patrick J. Renn

In light of the evidence offered during the hearing, and for the reasons stated on the record, the Court found the United States carried its burden of proving by a preponderance of the evidence that the Defendant knowingly violated special condition 20 of his supervised release through his use and activity (specifically social-media posts) on a computer not processed by the U.S. Probation Office for examination and monitoring. *See* 18 U.S.C. § 3583(e)(3). The Court denied several objections by defense counsel regarding the scope and disclosure of the United States' proof. Due to the extensive and highly probative nature of the remaining evidence received without objection, any error attributable to the denial of Defendant's evidentiary objections would, in the Court's view, be harmless.

After considering the advisory guidelines and 18 U.S.C. § 3553(a), the Court:

1. Revokes the 3-year term of supervised release previously imposed in this case;
2. Commits the Defendant to the custody of the Bureau of Prisons for a term of 5 months, with 2 years and 7 months of supervised release to follow;
3. Orders the Defendant to abide by the mandatory, standard, and special conditions of supervision adopted by the Court at the July 27, 2021 sentencing hearing and in its subsequent judgment (DN 53); and
4. Remands the Defendant to the custody of the United States Marshal.

Copies to:    Counsel of record
                Probation Office

Court Time:    3 hrs 46 min
Court Reporter: Becky Boyd